1  MARK D. LONERGAN (State Bar No. 143622)
   mdl@severson.com
2  MICHAEL J. STEINER (State Bar No. 112079)
   mjs@severson.com
3  PHILIP BARILOVITS (State Bar No. 199944)
   pb@severson.com
4  SEVERSON & WERSON
   A Professional Corporation
5  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
6  Telephone:     (415) 398-3344
   Facsimile:     (415) 956-0439
7
   Attorneys for Defendant
8  WELLS FARGO & CO.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL DIPPON**, on behalf of himself and all others similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>**WELLS FARGO & COMPANY, and WELLS FARGO BANK, N.A., d/b/a WELLS FARGO HOME MORTGAGE**,<br><br>Defendant. | Case No. 2:14-cv-02503-MCE-AC<br><br>**STIPULATION AND ORDER REGARDING RESPONSE TO FIRST AMENDED COMPLAINT** |

07685.1385/3513838.3 Stipulation,  Case No. 2:14-cv- 02503 MCE-AC

## STIPULATION

Plaintiff MICHAEL DIPPON ("Plaintiff"), and Defendants WELLS FARGO & CO., and WELLS FARGO BANK, N.A. d/b/a WELLS FARGO HOME MORTGAGE (collectively "Wells Fargo") hereby stipulate to the following, pursuant to Local Rule 144(a):

Whereas, Plaintiff completed the filing of his First Amended Complaint on February 3, 2015, and the parties are in settlement talks in an effort to resolve this case in its entirety. Therefore, the parties stipulate that Wells Fargo's response to the First Amended Complaint will be due on *April 7, 2015*, and jointly request the Court to approve this stipulation.   No other extensions which require Court approval have been sought in this case.

**IT IS SO STIPULATED.**

Dated:  February 24, 2015          **SEVERSON & WERSON, P.C.**

By: */s/ Michael J. Steiner*
             MICHAEL J. STEINER

*Attorneys for Defendant*
WELLS FARGO & CO.

Dated:  February 24, 2015          **KERSHAW CUTTER & RATINOFF LLP**

By: */s/ John R. Parker, Jr.*
             JOHN R. PARKER, JR.

*Attorneys for Plaintiff*
Michael Dippon

1 **ORDER**

2

3    Pursuant to the stipulation of plaintiff MICHAEL DIPPON ("Plaintiff"), and Defendants
4 WELLS FARGO & CO., and WELLS FARGO BANK, N.A. d/b/a WELLS FARGO HOME
5 MORTGAGE (collectively "Wells Fargo") and for good cause shown, Wells Fargo's response to
6 the First Amended Complaint will be due on *April 7, 2015*.

7    **IT IS SO ORDERED.**

8 Dated:  March 3, 2015

9

10 _____
   MORRISON C. ENGLAND, JR., CHIEF JUDGE
11 UNITED STATES DISTRICT COURT

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28