1  MARK D. LONERGAN (State Bar No. 143622)
   mdl@severson.com
2  MICHAEL J. STEINER (State Bar No. 112079)
   mjs@severson.com
3  PHILIP BARILOVITS (State Bar No. 199944)
   pb@severson.com
4  SEVERSON & WERSON
   A Professional Corporation
5  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
6  Telephone:    (415) 398-3344
   Facsimile:    (415) 956-0439
7
   Attorneys for Defendant
8  WELLS FARGO & CO.

9
10
11
                  **IN THE UNITED STATES DISTRICT COURT**
12
                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**
13

14  | **MICHAEL DIPPON**, on behalf of himself and all others similarly situated; | Case No. 2:14-cv-02503-MCE-AC |
    |---|---|
    | , | |
    | Plaintiff, | **STIPULATION AND ORDER REGARDING RESPONSE TO FIRST AMENDED COMPLAINT** |
    | v. | |
    | **WELLS FARGO & COMPANY, and WELLS FARGO BANK, N.A., d/b/a WELLS FARGO HOME MORTGAGE**, | |
    | Defendant. | |

21
22
23
24
25
26
27
28

### STIPULATION

Plaintiff MICHAEL DIPPON ("Plaintiff"), and Defendants WELLS FARGO & CO., and WELLS FARGO BANK, N.A. d/b/a WELLS FARGO HOME MORTGAGE (collectively "Wells Fargo") hereby stipulate to the following, pursuant to Local Rule 144(a):

Plaintiff filed his First Amended Complaint on February 3, 2015. The parties have informally exchanged documents, and are attempting to resolve this case in its entirety. Therefore, the parties stipulate that Wells Fargo's response to the First Amended Complaint will be due on May 7, 2015, and jointly request the Court to approve this stipulation. One prior 30 day extension which required Court approval was sought and granted in this case.

**IT IS SO STIPULATED.**

Dated: April 2, 2015        **SEVERSON & WERSON, P.C.**

By: */s/ Michael J. Steiner*
            MICHAEL J. STEINER

*Attorneys for Defendant*
WELLS FARGO & CO.

Dated: April 2, 2015        **KERSHAW CUTTER & RATINOFF LLP**

By: */s/ John R. Parker, Jr.*
            JOHN R. PARKER, JR.

*Attorneys for Plaintiff*
Michael Dippon

# ORDER

Pursuant to the stipulation of plaintiff MICHAEL DIPPON ("Plaintiff"), and Defendants WELLS FARGO & CO., and WELLS FARGO BANK, N.A. d/b/a WELLS FARGO HOME MORTGAGE (collectively "Wells Fargo") and for good cause shown, Wells Fargo's response to the First Amended Complaint will be due on May 7, 2015.

**IT IS SO ORDERED.**

Dated:  April 6, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT