1  MARK D. LONERGAN (State Bar No. 143622)
   mdl@severson.com
2  MICHAEL J. STEINER (State Bar No. 112079)
   mjs@severson.com
3  JONAH VAN ZANDT (State Bar No. 224348)
   pb@severson.com
4  SEVERSON & WERSON
   A Professional Corporation
5  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
6  Telephone:     (415) 398-3344
   Facsimile:     (415) 956-0439
7
   Attorneys for Defendant
8  WELLS FARGO & CO.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL DIPPON**, on behalf of himself and all others similarly situated; , <br><br> Plaintiff, <br><br> v. <br><br> **WELLS FARGO & COMPANY, and WELLS FARGO BANK, N.A., d/b/a WELLS FARGO HOME MORTGAGE**, <br><br> Defendant. | Case No. 2:14-cv-02503-MCE-AC <br><br> **STIPULATION AND ORDER REGARDING RESPONSE TO FIRST AMENDED COMPLAINT** |

**STIPULATION**

Plaintiff MICHAEL DIPPON ("Plaintiff"), and Defendants WELLS FARGO & CO., and WELLS FARGO BANK, N.A. d/b/a WELLS FARGO HOME MORTGAGE (collectively "Wells Fargo") hereby stipulate to the following, pursuant to Local Rule 144(a):

Plaintiff filed his First Amended Complaint on February 3, 2015. The parties have informally exchanged documents, and are attempting to resolve this case. Pursuant to a previous stipulation that the Court approved, Wells Fargo's deadline to respond to Plaintiff's First Amended Complaint is May 7, 2015. The parties hereby stipulate to further extend Wells Fargo's deadline to respond to the complaint to June 8, 2015.

**IT IS SO STIPULATED.**

Dated: May 7, 2015        **SEVERSON & WERSON, P.C.**

By: */s/ Michael J. Steiner*
MICHAEL J. STEINER
*Attorneys for Defendant*
WELLS FARGO & CO.

Dated: May 7, 2015        **KERSHAW CUTTER & RATINOFF LLP**

By: */s/ John R. Parker, Jr.*
JOHN R. PARKER, JR.
*Attorneys for Plaintiff*
Michael Dippon

**ORDER**

Pursuant to the stipulation of plaintiff MICHAEL DIPPON ("Plaintiff"), and Defendants WELLS FARGO & CO., and WELLS FARGO BANK, N.A. d/b/a WELLS FARGO HOME MORTGAGE (collectively "Wells Fargo") and for good cause shown, Wells Fargo's response to the First Amended Complaint will be due on June 8, 2015.

IT IS SO ORDERED.

Dated: May 13, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT