1  MARK D. LONERGAN (State Bar No. 143622)
   mdl@severson.com
2  MICHAEL J. STEINER (State Bar No. 112079)
   mjs@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
5  Telephone:     (415) 398-3344
   Facsimile:     (415) 956-0439
6
   Attorneys for Defendants
7  WELLS FARGO & CO. and
   WELLS FARGO BANK, N.A.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MICHAEL DIPPON**, on behalf of himself and all others similarly situated, | Case No. 2:14-cv-02503-MCE-AC |
| Plaintiff, | **STIPULATION AND ORDER REGARDING RESPONSE TO FIRST AMENDED COMPLAINT** |
| v. | |
| **WELLS FARGO & COMPANY, and WELLS FARGO BANK, N.A., d/b/a WELLS FARGO HOME MORTGAGE**, | |
| Defendant. | |

**STIPULATION**

Plaintiff MICHAEL DIPPON ("Plaintiff"), and Defendants WELLS FARGO & CO., and WELLS FARGO BANK, N.A. d/b/a WELLS FARGO HOME MORTGAGE (collectively "Wells Fargo") hereby stipulate to the following, pursuant to Local Rule 144(a):

Whereas, the parties have reached a settlement, subject to completion of settlement documents, and anticipate that the case may be dismissed within 30 days.  Therefore, the parties stipulate that Wells Fargo's response to the First Amended Complaint will be due on **July 8, 2015**, and jointly request the Court to approve this stipulation.   Two other extensions which require Court approval have been sought in this case.

**IT IS SO STIPULATED.**

Dated:  June 3, 2015              **SEVERSON & WERSON, P.C.**

By: */s/ Michael J. Steiner*
       MICHAEL J. STEINER

*Attorneys for Defendants*
WELLS FARGO & CO. and
WELLS FARGO BANK, N.A.

Dated:  June 3, 2015              **KERSHAW CUTTER & RATINOFF LLP**

By: */s/ John R. Parker, Jr.*
       JOHN R. PARKER, JR.

*Attorneys for Plaintiff*
Michael Dippon

**<u>ORDER</u>**

Pursuant to the stipulation of plaintiff MICHAEL DIPPON ("Plaintiff"), and Defendants WELLS FARGO & CO., and WELLS FARGO BANK, N.A. d/b/a WELLS FARGO HOME MORTGAGE (collectively "Wells Fargo") and for good cause shown, Wells Fargo's response to the First Amended Complaint will be due on *July 8, 2015*.

IT IS SO ORDERED.

Dated: June 5, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT