MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
MICHAEL J. STEINER (State Bar No. 112079)
mjs@severson.com
JONAH VAN ZANDT (State Bar No. 224348)
jvz@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants WELLS FARGO &
COMPANY and WELLS FARGO BANK, N.A.,
d/b/a WELLS FARGO HOME MORTGAGE

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| MICHAEL DIPPON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO & COMPANY and WELLS FARGO BANK, N.A., d/b/a WELLS FARGO HOME MORTGAGE,<br><br>Defendants. | Case No. 2:14-cv-02503-MCE-AC<br><br>**STIPULATION OF VOLUNTARY DISMISSAL; and ORDER** |

Plaintiff Michael Dippon ("Plaintiff") and Wells Fargo Bank, N.A. and Wells Fargo & Company (together "Defendants"), through their attorneys of record, hereby agree and stipulate as follows:

A.     Whereas, this case was commenced by Michael Dippon when he filed his Class Action Complaint on October 24, 2014, and he later filed his First Amended Class Action Complaint on January 29, 2015 (the "Complaint.").

B.     Whereas, in the Complaint, Plaintiff makes certain allegations against Defendants relating to Defendants' lender paid mortgage insurance requirements and practices which allegations Plaintiff purported to assert both individually and on behalf of a California class of plaintiffs;

C. Whereas, Defendants denied that their actions were wrongful in any respect with regard to Plaintiff and any putative class;

D. Whereas, court approval of a settlement, voluntary dismissal or compromise under Federal Rule of Civil Procedure 23(e) is required only for "certified class" actions and the Advisory Committee Notes for Rule 23(e) state that court approval is required only if "the claims, issues, or defenses of a certified class are resolved by a settlement, voluntary dismissal, or compromise," rejecting the view that court approval is required for settlements "with putative class representatives that resolve[] only individual claims." *See* Rule 23 Advisory Committee Notes, 2003 Amendments.

E. Whereas, Plaintiff has never brought a motion to certify any class in this case and the Court has never certified any class in this case under Federal Rule of Civil Procedure 23;

F. Whereas, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation of dismissal signed by all parties who have appeared;

G. Whereas, the parties have reached a settlement of Plaintiff's individual claims against Defendants in which Plaintiff's individual claims will be dismissed with prejudice and the members of any putative class will be dismissed without prejudice;

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE THAT:**

> All of the individual claims and allegations brought by Michael Dippon against Wells Fargo Bank, N.A., d/b/a Wells Fargo Home Mortgage, or Wells Fargo & Company, or any of them, are hereby dismissed with prejudice. All claims and allegations of any putative class members are hereby dismissed without prejudice.

**IT IS SO STIPULATED.**

DATED: July 6, 2015                                        SEVERSON & WERSON
                                                           A Professional Corporation

                                                           By: */s/ Michael J. Steiner*

|   |   |
|---|---|
|   | Attorneys for Defendants<br>WELLS FARGO BANK N.A. and<br>WELLS FARGO & COMPANY |
| DATED: July 6, 2015 | KERSHAW, CUTTER & RATINOFF<br><br>By: */s/ John R. Parker*<br>Attorneys for Plaintiff<br>MICHAEL DIPPON |

# ORDER

Pursuant to Rule 23(e) and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the stipulation of the parties, Michael Dippon's individual claims are hereby DISMISSED with prejudice and the claims of the putative class members are hereby DISMISSED without prejudice. The Clerk of the Court is ordered to close this case.

IT IS SO ORDERED.

Dated: July 8, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT